# EXHIBIT A


## Trademark Records By Trademark

| Owner | Trademark | | Country/Region | Application No | Application Date | Registration No | Registration Date | Int. Classes | Trademark Status |
|---|---|---|---|---|---|---|---|---|---|
| **A17 PRO With Apple Logo** | | | | | | | | | |
| Apple Inc. | A17 PRO With Apple Logo | A17 PRO | United States of America | 98279107 | Nov 20 2023 | 7773569 | Apr 29 2025 | 9 | Registered |
| **Add to Apple Wallet & Health Badge** | | | | | | | | | |
| Apple Inc. | Add to Apple Wallet & Health Badge | Add to Apple Wallet & Health | United States of America | 98001764 | May 17 2023 | 7575651 | Nov 26 2024 | 42 | Registered |
| **Add to Apple Wallet Badge (with Wallet Icon)** | | | | | | | | | |
| Apple Inc. | Add to Apple Wallet Badge (with Wallet Icon) | Add to Apple Wallet | United States of America | 86974795 | Apr 13 2016 | 5961779 | Jan 14 2020 | 9 | Registered |
| **AirTag with Apple Logo (Black)** | | | | | | | | | |
| Apple Inc. | AirTag with Apple Logo (Black) | AirTag | United States of America | 97091015 | Oct 25 2021 | 6959025 | Jan 17 2023 | 9 | Registered |
| Apple Inc. | AirTag with Apple Logo (Black) | AirTag | United States of America | 97091167 | Oct 25 2021 | 6906353 | Nov 22 2022 | 14 | Registered |
| Apple Inc. | AirTag with Apple Logo (Black) | AirTag | United States of America | 97091212 | Oct 25 2021 | 6906359 | Nov 22 2022 | 18 | Registered |
| **APPLE** | | | | | | | | | |
| Apple Inc. | APPLE | | United States of America | 73120444 | Mar 25 1977 | 1078312 | Nov 29 1977 | 9 | Registered |
| Apple Inc. | APPLE | | United States of America | 74527910 | May 23 1994 | 1895326 | May 23 1995 | 36 | Registered |
| Apple Inc. | APPLE | | United States of America | 74660120 | Apr 7 1995 | 2079765 | Jul 15 1997 | 38 | Registered |
| Apple Inc. | APPLE | | United States of America | 74693839 | Jun 26 1995 | 2034964 | Feb 4 1997 | 9 | Registered |
| Apple Inc. | APPLE | | United States of America | 76/116541 | Aug 24 2000 | 3226289 | Apr 10 2007 | 16 | Registered |
| Apple Inc. | APPLE | | United States of America | 77172511 | May 3 2007 | 3928818 | Mar 8 2011 | 9 | Registered |
| Apple Inc. | APPLE | | United States of America | 77388864 | Feb 5 2008 | 3621571 | May 19 2009 | 28 | Registered |
| Apple Inc. | APPLE | | United States of America | 77428980 | Mar 22 2008 | 4088195 | Jan 17 2012 | 41 | Registered |
| Apple Inc. | APPLE | | United States of America | 78170383 | Oct 2 2002 | 2808567 | Jan 27 2004 | 42 | Registered |
| Apple Inc. | APPLE | | United States of America | 78430230 | Jun 4 2004 | 3317089 | Oct 23 2007 | 9 | Registered |
| Apple Inc. | APPLE | | United States of America | 78548796 | Jan 17 2005 | 3038073 | Jan 3 2006 | 40 | Registered |
| Apple Inc. | APPLE | | United States of America | 85120231 | Aug 31 2010 | 4913886 | Mar 8 2016 | 45 | Registered |
| Apple Inc. | APPLE | | United States of America | 87499907 | Jun 21 2017 | 6315884 | Apr 6 2021 | 39 | Registered |
| Apple Inc. | APPLE | | United States of America | 87628828 | Sep 29 2017 | 6852651 | Sep 20 2022 | 9 | Registered |
| **APPLE AFTERBURNER** | | | | | | | | | |
| Apple Inc. | APPLE AFTERBURNER | | United States of America | 88668075 | Oct 24 2019 | 6066018 | May 26 2020 | 9 | Registered |
| **APPLE AIRTAG** | | | | | | | | | |
| Apple Inc. | APPLE AIRTAG | | United States of America | 97086250 | Oct 21 2021 | 6905646 | Nov 22 2022 | 14 | Registered |
| Apple Inc. | APPLE AIRTAG | | United States of America | 97086499 | Oct 21 2021 | 6905667 | Nov 22 2022 | 18 | Registered |
| Apple Inc. | APPLE AIRTAG | | United States of America | 97089409 | Oct 23 2021 | 6906080 | Nov 22 2022 | 9 | Registered |
| **APPLE ARCADE** | | | | | | | | | |
| Apple Inc. | APPLE ARCADE | | United States of America | 88404100 | Apr 26 2019 | 7255338 | Dec 26 2023 | 42 | Registered |

| Owner | Mark | Country | Serial Number | Filing Date | Reg. Number | Reg. Date | Class | Status |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | APPLE CARDS | United States of America | 88986117 | Jul 14 2019 | 6385020 | Feb 2 2021 | 35, 41 | Registered |

**APPLE BOOKS**

| Owner | Mark | Country | Serial Number | Filing Date | Reg. Number | Reg. Date | Class | Status |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | APPLE BOOKS | United States of America | 88025718 | Jul 4 2018 | 6309372 | Mar 30 2021 | 9 | Registered |

**APPLE BUSINESS CHAT**

| Owner | Mark | Country | Serial Number | Filing Date | Reg. Number | Reg. Date | Class | Status |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | APPLE BUSINESS CHAT | United States of America | 88983892 | Dec 24 2018 | 6725568 | May 24 2022 | 38 | Registered |

**APPLE CARD**

| Owner | Mark | Country | Serial Number | Filing Date | Reg. Number | Reg. Date | Class | Status |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | APPLE CARD | United States of America | 88513425 | Jul 14 2019 | 6428913 | Jul 20 2021 | 9 | Registered |
| Apple Inc. | APPLE CARD | United States of America | 88513437 | Jul 14 2019 | 6420579 | Jul 13 2021 | 42 | Registered |

**APPLE CARPLAY**

| Owner | Mark | Country | Serial Number | Filing Date | Reg. Number | Reg. Date | Class | Status |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | APPLE CARPLAY | United States of America | 86364433 | Aug 12 2014 | 5453800 | Apr 24 2018 | 9 | Registered |

**APPLE CASH**

| Owner | Mark | Country | Serial Number | Filing Date | Reg. Number | Reg. Date | Class | Status |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | APPLE CASH | United States of America | 88515397 | Jul 15 2019 | 6654139 | Feb 22 2022 | 9 | Registered |

**APPLE CONFIGURATOR**

| Owner | Mark | Country | Serial Number | Filing Date | Reg. Number | Reg. Date | Class | Status |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | APPLE CONFIGURATOR | United States of America | 85563555 | Mar 7 2012 | 4214003 | Sep 25 2012 | 9 | Registered |

**Apple Corps Half Apple Device**

| Owner | Mark | Country | | Serial Number | Filing Date | Reg. Number | Reg. Date | Class | Status |
|---|---|---|---|---|---|---|---|---|---|
| Apple Inc. | Apple Corps Half Apple Device | United States of America |  | 74693838 | Jun 26 1995 | 2036537 | Feb 11 1997 | 9 | Registered |
| Apple Inc. | Apple Corps Half Apple Device | United States of America |  | 78430282 | Jun 4 2004 | 3200354 | Jan 23 2007 | 9 | Registered |

**Apple Corps Whole Apple Device**

| Owner | Mark | Country | | Serial Number | Filing Date | Reg. Number | Reg. Date | Class | Status |
|---|---|---|---|---|---|---|---|---|---|
| Apple Inc. | Apple Corps Whole Apple Device | United States of America |  | 74693680 | Jun 26 1995 | 2041653 | Mar 4 1997 | 9 | Registered |
| Apple Inc. | Apple Corps Whole Apple Device | United States of America |  | 78430266 | Jun 4 2004 | 3221275 | Mar 27 2007 | 9 | Registered |

**Apple Digital Master and Design**

| Owner | Mark | Country | | Serial Number | Filing Date | Reg. Number | Reg. Date | Class | Status |
|---|---|---|---|---|---|---|---|---|---|
| Apple Inc. | Apple Digital Master and Design | United States of America |  | 97133106 | Nov 18 2021 | 7129608 | Aug 8 2023 | 41 | Registered |
| Apple Inc. | Apple Digital Master and Design | United States of America |  | 97133107 | Nov 18 2021 | 7129609 | Aug 8 2023 | 9 | Registered |

**APPLE EARPODS**

| Owner | Mark | Country | Serial Number | Filing Date | Reg. Number | Reg. Date | Class | Status |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | APPLE EARPODS | United States of America | 85728401 | Sep 13 2012 | 4891106 | Jan 26 2016 | 9 | Registered |

**APPLE FIND MY**

| Owner | Mark | Country | Serial Number | Filing Date | Reg. Number | Reg. Date | Class | Status |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | APPLE FIND MY | United States of America | 90787638 | Jun 22 2021 | 7634124 | Dec 31 2024 | 9 | Registered |

**APPLE FITNESS+**

| Apple Inc. | APPLE GIVEBACK | United States of America | 88083464 | Aug 17 2018 | 5831714 | Aug 13 2019 | 35 | Registered |

## APPLE GIVEBACK

| Apple Inc. | APPLE GIVEBACK | United States of America | 88083464 | Aug 17 2018 | 5831714 | Aug 13 2019 | 35 | Registered |
| Apple Inc. | APPLE GIVEBACK | United States of America | 88083487 | Aug 17 2018 | 5831715 | Aug 13 2019 | 40 | Registered |

## APPLE LIGHTNING

| Apple Inc. | APPLE LIGHTNING | United States of America | 85726560 | Sep 11 2012 | 4359316 | Jun 25 2013 | 9 | Registered |

## Apple Logo (Black)

| Apple Inc. | Apple Logo (Black) | United States of America | 73162799 | Mar 20 1978 | 1114431 | Mar 6 1979 | 9 | Registered |
| Apple Inc. | Apple Logo (Black) | United States of America | 74712807 | Aug 8 1995 | 2180949 | Aug 11 1998 | 43 | Registered |
| Apple Inc. | Apple Logo (Black) | United States of America | 76117498 | Aug 24 2000 | 2657931 | Dec 10 2002 | 16 | Registered |
| Apple Inc. | Apple Logo (Black) | United States of America | 76432525 | Jul 18 2002 | 2693317 | Mar 4 2003 | 40 | Registered |
| Apple Inc. | Apple Logo (Black) | United States of America | 76432531 | Jul 18 2002 | 2690881 | Feb 25 2003 | 37 | Registered |
| Apple Inc. | Apple Logo (Black) | United States of America | 77356362 | Dec 19 2007 | 3818856 | Jul 13 2010 | 21, 22 | Registered |
| Apple Inc. | Apple Logo (Black) | United States of America | 77365106 | Jan 6 2008 | 3462174 | Jul 8 2008 | 6 | Registered |
| Apple Inc. | Apple Logo (Black) | United States of America | 77648705 | Jan 13 2009 | 3679056 | Sep 8 2009 | 9 | Registered |
| Apple Inc. | Apple Logo (Black) | United States of America | 78146716 | Jul 23 2002 | 2753069 | Aug 19 2003 | 42 | Registered |
| Apple Inc. | Apple Logo (Black) | United States of America | 78155188 | Aug 16 2002 | 2926853 | Feb 15 2005 | 35, 39 | Registered |

| Apple Inc. | **Apple Logo (Black)** | | United States of America | 78155196 | Aug 16 2002 | 2951270 | May 17 2005 | 28 | Registered |
| Apple Inc. | **Apple Logo (Black)** | | United States of America | 78156809 | Aug 22 2002 | 3070035 | Mar 21 2006 | 25 | Registered |
| Apple Inc. | **Apple Logo (Black)** | | United States of America | 78156887 | Aug 22 2002 | 3070036 | Mar 21 2006 | 18 | Registered |
| Apple Inc. | **Apple Logo (Black)** | | United States of America | 78156911 | Aug 22 2002 | 3070037 | Mar 21 2006 | 14 | Registered |
| Apple Inc. | **Apple Logo (Black)** | | United States of America | 78156920 | Aug 22 2002 | 3064984 | Mar 7 2006 | 10 | Registered |
| Apple Inc. | **Apple Logo (Black)** | | United States of America | 78157042 | Aug 22 2002 | 2870477 | Aug 3 2004 | 38 | Registered |
| Apple Inc. | **Apple Logo (Black)** | | United States of America | 78255986 | May 29 2003 | 2820066 | Mar 2 2004 | 36 | Registered |
| Apple Inc. | **Apple Logo (Black)** | | United States of America | 78408365 | Apr 26 2004 | 3084491 | Apr 25 2006 | 9, 12, 15 | Registered |
| Apple Inc. | **Apple Logo (Black)** | | United States of America | 78408605 | Apr 27 2004 | 3108652 | Jun 27 2006 | 45 | Registered |
| Apple Inc. | **Apple Logo (Black)** | | United States of America | 78408618 | Apr 27 2004 | 3078580 | Apr 11 2006 | 20 | Registered |
| Apple Inc. | **Apple Logo (Black)** | | United States of America | 78943482 | Aug 2 2006 | 3298028 | Sep 25 2007 | 35, 41 | Registered |
| Apple Inc. | **Apple Logo (Black)** | | United States of America | 85120250 | Aug 31 2010 | 4206562 | Sep 11 2012 | 45 | Registered |

| Apple Inc. | **Apple Logo (Black)** |  | United States of America | 86658546 | Jun 10 2015 | 4885796 | Jan 12 2016 | 14 | Registered |
| Apple Inc. | **Apple Logo (Black)** |  | United States of America | 87499977 | Jun 21 2017 | 6315885 | Apr 6 2021 | 39 | Registered |
| Apple Inc. | **Apple Logo (Black)** |  | United States of America | 87570036 | Aug 15 2017 | 6278260 | Feb 23 2021 | 10 | Registered |
| Apple Inc. | **Apple Logo (Black)** |  | United States of America | 87628850 | Sep 29 2017 | 6852652 | Sep 20 2022 | 9 | Registered |

## Apple Logo (outline)

| Apple Inc. | **Apple Logo (outline)** |  | United States of America | 73566555 | Nov 4 1985 | 1400442 | Jul 8 1986 | 25 | Registered |
| Apple Inc. | **Apple Logo (outline)** |  | United States of America | 73566767 | Nov 4 1985 | 1401154 | Jul 15 1986 | 16 | Registered |
| Apple Inc. | **Apple Logo (outline)** |  | United States of America | 73566772 | Nov 4 1985 | 1401237 | Jul 15 1986 | 21 | Registered |
| Apple Inc. | **Apple Logo (outline)** |  | United States of America | 73566848 | Nov 4 1985 | 1402855 | Jul 29 1986 | 6 | Registered |
| Apple Inc. | **Apple Logo (outline)** |  | United States of America | 73566876 | Nov 4 1985 | 1421062 | Dec 16 1986 | 18 | Registered |

## Apple Logo (Striped Color)

| Apple Inc. | **Apple Logo (Striped Color)** |  | United States of America | 87719586 | Dec 13 2017 | 6653899 | Feb 22 2022 | 25 | Registered |

## APPLE M1

| Apple Inc. | **APPLE M1** | | United States of America | 97096143 | Oct 27 2021 | 6906811 | Nov 22 2022 | 9 | Registered |

## APPLE M2

| Apple Inc. | **APPLE M2** | | United States of America | 97676330 | Nov 14 2022 | 7201965 | Oct 24 2023 | 9 | Registered |

## APPLE M3

| Apple Inc. | **APPLE M3** | | United States of America | 98258672 | Nov 7 2023 | 7529201 | Oct 8 2024 | 9 | Registered |

## APPLE M4

| Apple Inc. | **APPLE M4** | | United States of America | 98765134 | Sep 23 2024 | 7856158 | Jul 8 2025 | 9 | Registered |

## APPLE MAGIC KEYBOARD

| Apple Inc. | APPLE MAGIC KEYBOARD | | United States of America | | | | | | Registered |
|---|---|---|---|---|---|---|---|---|---|

## APPLE MESSAGES FOR BUSINESS

| Apple Inc. | APPLE MESSAGES FOR BUSINESS | | United States of America | 97274998 | Feb 18 2022 | 6949853 | Jan 10 2023 | 38, 42 | Registered |
|---|---|---|---|---|---|---|---|---|---|

## APPLE MUSIC

| Apple Inc. | APPLE MUSIC | APPLE MUSIC | United States of America | 86658508 | Jun 10 2015 | 5330141 | Nov 7 2017 | 9 | Registered |
|---|---|---|---|---|---|---|---|---|---|
| Apple Inc. | APPLE MUSIC | | United States of America | 86659491 | Jun 11 2015 | 5209933 | May 23 2017 | 38 | Registered |
| Apple Inc. | APPLE MUSIC | | United States of America | 86659908 | Jun 11 2015 | 5851763 | Sep 3 2019 | 42 | Registered |
| Apple Inc. | APPLE MUSIC | | United States of America | 86659920 | Jun 11 2015 | 4966276 | May 24 2016 | 45 | Registered |

## APPLE MUSIC FOR BUSINESS

| Apple Inc. | APPLE MUSIC FOR BUSINESS | | United States of America | 88210568 | Nov 29 2018 | 6091840 | Jun 30 2020 | 38, 41 | Registered |
|---|---|---|---|---|---|---|---|---|---|

## APPLE NEWS

| Apple Inc. | APPLE NEWS | APPLE NEWS | United States of America | 86819678 | Nov 13 2015 | 5346816 | Nov 28 2017 | 9 | Registered |
|---|---|---|---|---|---|---|---|---|---|
| Apple Inc. | APPLE NEWS | | United States of America | 86819705 | Nov 13 2015 | 5291678 | Sep 19 2017 | 41 | Registered |
| Apple Inc. | APPLE NEWS | APPLE NEWS | United States of America | 86819744 | Nov 13 2015 | 5341294 | Nov 21 2017 | 42 | Registered |

## APPLE NEWS FORMAT

| Apple Inc. | APPLE NEWS FORMAT | | United States of America | 86819975 | Nov 13 2015 | 5839947 | Aug 20 2019 | 9 | Registered |
|---|---|---|---|---|---|---|---|---|---|

## APPLE NEWS TODAY

| Apple Inc. | APPLE NEWS TODAY | | United States of America | 90231074 | Oct 1 2020 | 6988309 | Feb 28 2023 | 9 | Registered |
|---|---|---|---|---|---|---|---|---|---|
| Apple Inc. | APPLE NEWS TODAY | | United States of America | 90231151 | Oct 1 2020 | 6600363 | Dec 28 2021 | 41 | Registered |
| Apple Inc. | APPLE NEWS TODAY | | United States of America | 90231168 | Oct 1 2020 | 6600364 | Dec 28 2021 | 38 | Registered |

## APPLE NEWS+

| Apple Inc. | APPLE NEWS+ | | United States of America | 88541009 | Jul 26 2019 | 6943744 | Jan 3 2023 | 35 | Registered |
|---|---|---|---|---|---|---|---|---|---|
| Apple Inc. | APPLE NEWS+ | | United States of America | 88541065 | Jul 26 2019 | 6375548 | Jun 8 2021 | 41, 42 | Registered |

## APPLE ONE

| Apple Inc. | APPLE ONE | | United States of America | 90270584 | Oct 22 2020 | 7429641 | Jun 25 2024 | 35, 42 | Registered |
|---|---|---|---|---|---|---|---|---|---|

## APPLE PARK

| Apple Inc. | APPLE PARK | | United States of America | 88096297 | Aug 28 2018 | 7093749 | Jun 27 2023 | 35, 41, 43 | Registered |
|---|---|---|---|---|---|---|---|---|---|

## APPLE PAY

| Apple Inc. | APPLE PAY | | United States of America | 86483123 | Dec 17 2014 | 5392188 | Jan 30 2018 | 9 | Registered |
|---|---|---|---|---|---|---|---|---|---|
| Apple Inc. | APPLE PAY | | United States of America | 86483200 | Dec 17 2014 | 5105598 | Dec 20 2016 | 36 | Registered |
| Apple Inc. | APPLE PAY | | United States of America | 86976825 | Dec 17 2014 | 4814902 | Sep 15 2015 | 9 | Registered |

## APPLE PENCIL

| Apple Inc. | APPLE PENCIL | | United States of America | 86751413 | Sep 9 2015 | 5028493 | Aug 23 2016 | 9 | Registered |
|---|---|---|---|---|---|---|---|---|---|

## APPLE PODCASTS

| Apple Inc. | APPLE PODCASTS | | United States of America | 87635685 | Oct 5 2017 | 5734716 | Apr 23 2019 | 9 | Registered |
|---|---|---|---|---|---|---|---|---|---|
| Apple Inc. | APPLE PODCASTS | | United States of America | 87635699 | Oct 5 2017 | 6775078 | Jun 28 2022 | 41, 42 | Registered |

## APPLE PRO DISPLAY XDR

| Apple Inc. | APPLE PRO DISPLAY XDR | | United States of America | 88655730 | Oct 15 2019 | 6188197 | Nov 3 2020 | 9 | Registered |
|---|---|---|---|---|---|---|---|---|---|

## APPLE PRO STAND

| Apple Inc. | APPLE PRO STAND | United States of America | 97244441 | Jan 28 2022 | 7103452 | Jul 11 2023 | 9 | Registered |

## APPLE PRORAW

| Apple Inc. | APPLE PRORAW | United States of America | 90266887 | Oct 20 2020 | 6472904 | Aug 31 2021 | 9 | Registered |

## APPLE SEARCH ADS

| Apple Inc. | APPLE SEARCH ADS | United States of America | 88468728 | Jun 11 2019 | 6110765 | Jul 28 2020 | 35 | Registered |

## APPLE SELF SERVICE REPAIR

| Apple Inc. | APPLE SELF SERVICE REPAIR | United States of America | 97410107 | May 13 2022 | 7086636 | Jun 20 2023 | 35 | Registered |

## APPLE SMART CONNECTOR

| Apple Inc. | APPLE SMART CONNECTOR | United States of America | 86907179 | Feb 13 2016 | 6153441 | Sep 15 2020 | 9 | Registered |

## APPLE STORE

| Apple Inc. | APPLE STORE | United States of America | 75857151 | Nov 23 1999 | 2462798 | Jun 19 2001 | 35 | Registered |
| Apple Inc. | APPLE STORE | United States of America | 76400649 | Apr 25 2002 | 2683410 | Feb 4 2003 | 35 | Registered |
| Apple Inc. | APPLE STORE | United States of America | 77388365 | Feb 4 2008 | 3710912 | Nov 17 2009 | 37, 38, 41, 42 | Registered |

## Apple Store App Icon (2020)

| Apple Inc. | Apple Store App Icon (2020) |  | United States of America | 97495837 | Jul 9 2022 | 7313387 | Feb 27 2024 | 9 | Registered |
| Apple Inc. | Apple Store App Icon (2020) |  | United States of America | 97495838 | Jul 9 2022 | 7561823 | Nov 12 2024 | 35 | Registered |

## APPLE STUDIO DISPLAY

| Apple Inc. | APPLE STUDIO DISPLAY | United States of America | 97301550 | Mar 8 2022 | 7142114 | Aug 22 2023 | 9 | Registered |

## APPLE STUDIOS

| Apple Inc. | APPLE STUDIOS | United States of America | 97458508 | Jun 14 2022 | 7107534 | Jul 11 2023 | 41 | Registered |

## APPLE TRADE IN

| Apple Inc. | APPLE TRADE IN | United States of America | 88398147 | Apr 23 2019 | 5902344 | Nov 5 2019 | 35 | Registered |
| Apple Inc. | APPLE TRADE IN | United States of America | 88398189 | Apr 23 2019 | 5902345 | Nov 5 2019 | 40 | Registered |

## APPLE TV

| Apple Inc. | APPLE TV | United States of America | 77152380 | Apr 9 2007 | 3359045 | Dec 25 2007 | 9 | Registered |
| Apple Inc. | APPLE TV | United States of America | 88353819 | Mar 24 2019 | 7269838 | Jan 9 2024 | 38, 41 | Registered |

## APPLE TV 4K

| Apple Inc. | APPLE TV 4K | United States of America | 87605815 | Sep 12 2017 | 5443289 | Apr 10 2018 | 9 | Registered |

## Apple TV App Icon (iOS)

| Apple Inc. | Apple TV App Icon (iOS) |  | United States of America | 88353773 | Mar 24 2019 | 6015048 | Mar 17 2020 | 9 | Registered |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | **Apple TV App Icon (iOS)** | United States of America | 88353789 | Mar 24 2019 | 5994243 | Feb 25 2020 | 38 | Registered |
| Apple Inc. | **Apple TV App Icon (iOS)** | United States of America | 88353795 | Mar 24 2019 | 5994244 | Feb 25 2020 | 41 | Registered |

**Apple TV App Icon (tvOS)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | **Apple TV App Icon (tvOS)** | United States of America | 88631283 | Sep 25 2019 | 6046302 | May 5 2020 | 38, 41 | Registered |

**Apple TV Remote Icon**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | **Apple TV Remote Icon** | United States of America | 87069662 | Jun 13 2016 | 5612350 | Nov 20 2018 | 9 | Registered |

**APPLE TV+**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | **APPLE TV+** | United States of America | 88519804 | Jul 17 2019 | 6694637 | Apr 5 2022 | 38 | Registered |
| Apple Inc. | **APPLE TV+** | United States of America | 88519951 | Jul 17 2019 | 7787436 | May 6 2025 | 41 | Registered |

**APPLE WALLET**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | **APPLE WALLET** | United States of America | 86838506 | Dec 3 2015 | 5822064 | Jul 30 2019 | 9 | Registered |

**APPLE WATCH**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | **APPLE WATCH** | United States of America | 86389914 | Sep 9 2014 | 5161494 | Mar 14 2017 | 10 | Registered |
| Apple Inc. | **APPLE WATCH** | United States of America | 86389945 | Sep 9 2014 | 4783437 | Jul 28 2015 | 14 | Registered |
| Apple Inc. | **APPLE WATCH** | United States of America | 86390028 | Sep 9 2014 | 5628055 | Dec 11 2018 | 9 | Registered |

**APPLE WATCH SE**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | **APPLE WATCH SE** | United States of America | 90521947 | Feb 10 2021 | 6727722 | May 24 2022 | 9 | Registered |

**APPLE WATCH STUDIO**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | **APPLE WATCH STUDIO** | United States of America | 88807971 | Feb 24 2020 | 6147070 | Sep 8 2020 | 35, 42 | Registered |

**APPLE WATCH ULTRA**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | **APPLE WATCH ULTRA** | United States of America | 97592928 | Sep 15 2022 | 7306617 | Feb 13 2024 | 14 | Registered |
| Apple Inc. | **APPLE WATCH ULTRA** | United States of America | 97596803 | Sep 19 2022 | 7258158 | Jan 2 2024 | 9 | Registered |

**APPLECARE**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | **APPLECARE** | United States of America | 73425447 | May 11 1983 | 1282790 | Jun 19 1984 | 37 | Registered |
| Apple Inc. | **APPLECARE** | United States of America | 77499807 | Jun 16 2008 | 3894316 | Dec 21 2010 | 36 | Registered |
| Apple Inc. | **APPLECARE** | United States of America | 77499829 | Jun 16 2008 | 3634113 | Jun 9 2009 | 37 | Registered |
| Apple Inc. | **APPLECARE** | United States of America | 77499837 | Jun 16 2008 | 4009791 | Aug 9 2011 | 41 | Registered |
| Apple Inc. | **APPLECARE** | United States of America | 77499847 | Jun 16 2008 | 3717431 | Dec 1 2009 | 42 | Registered |

**APPLECARE+**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | **APPLECARE+** | United States of America | 90713053 | May 14 2021 | 6730373 | May 24 2022 | 36, 37, 42 | Registered |

**APPLESCRIPT**

## APPLETALK

| Apple Inc. | APPLETALK | United States of America | 73562521 | Oct 10 1985 | 1393108 | May 13 1986 | 9 | Registered |
|---|---|---|---|---|---|---|---|---|

## Arcade with Apple Logo (Black)

| Apple Inc. | Arcade with Apple Logo (Black) | United States of America | 88462991 | Jun 6 2019 | 7242863 | Dec 12 2023 | 35, 41 | Registered |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | Arcade with Apple Logo (Black) | United States of America | 88463320 | Jun 6 2019 | 7176381 | Sep 26 2023 | 42 | Registered |

## Card With Apple Logo (Black)

| Apple Inc. | Card With Apple Logo (Black) | United States of America | 88514619 | Jul 15 2019 | 6428914 | Jul 20 2021 | 9 | Registered |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | Card With Apple Logo (Black) | United States of America | 88514739 | Jul 15 2019 | 6428915 | Jul 20 2021 | 36, 42 | Registered |

## Cash With Apple Logo (Black)

| Apple Inc. | Cash With Apple Logo (Black) | United States of America | 88515426 | Jul 15 2019 | 6754732 | Jun 7 2022 | 9, 36 | Registered |
|---|---|---|---|---|---|---|---|---|

## Connect To Apple Watch Badge

| Apple Inc. | Connect To Apple Watch Badge | United States of America | 87730728 | Oct 21 2017 | 7080859 | Jun 13 2023 | 9, 28 | Registered |
|---|---|---|---|---|---|---|---|---|

## Connects To Apple Watch Badge (Color)

| Apple Inc. | Connects To Apple Watch Badge (Color) | United States of America | 87730536 | Dec 21 2017 | 7080858 | Jun 13 2023 | 9, 28 | Registered |
|---|---|---|---|---|---|---|---|---|

## DESIGNED BY APPLE IN CALIFORNIA

| Apple Inc. | DESIGNED BY APPLE IN CALIFORNIA | United States of America | 86096239 | Oct 20 2013 | 4604456 | Sep 16 2014 | 9 | Registered |
|---|---|---|---|---|---|---|---|---|

## Developer Academy With Apple Logo (Black)

| Apple Inc. | Developer Academy With Apple Logo (Black) | United States of America | 97456149 | Jun 13 2022 | 7093296 | Jun 27 2023 | 41 | Registered |
|---|---|---|---|---|---|---|---|---|

## Fitness+ With Apple Logo (Black)

| Apple Inc. | Fitness+ With Apple Logo (Black) | United States of America | 90578139 | Mar 14 2021 | 7323185 | Mar 5 2024 | 9 | Registered |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | Fitness+ With Apple Logo (Black) | United States of America | 90578178 | Mar 14 2021 | 7323186 | Mar 5 2024 | 38, 41, 42, 44, 45 | Registered |

## iPhone with Apple Logo (Black)

| Apple Inc. | iPhone with Apple Logo (Black) | United States of America | 77353055 | Dec 15 2007 | 4425780 | Oct 29 2013 | 9 | Registered |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | iPhone with Apple Logo (Black) | United States of America | 77976400 | Dec 15 2007 | 3746840 | Feb 9 2010 | 9, 28, 38 | Registered |

## LISTEN ON APPLE PODCASTS BADGE

| Apple Inc. | LISTEN ON APPLE PODCASTS BADGE | United States of America | 87635733 | Oct 5 2017 | 6569551 | Nov 23 2021 | 41, 42 | Registered |
|---|---|---|---|---|---|---|---|---|

## M With Apple Logo (Black)

| Apple Inc. | M With Apple Logo (Black) | United States of America | 98083878 | Jul 13 2023 | 7812332 | May 27 2025 | 9 | Registered |
|---|---|---|---|---|---|---|---|---|

## Made for Apple TV Badge

| Apple Inc. | Made for Apple TV Badge | United States of America | 88002852 | Jun 15 2018 | 7443809 | Jul 9 2024 | 9 | Registered |
|---|---|---|---|---|---|---|---|---|
| Apple Inc. | Made for Apple TV Badge | United States of America | 88002876 | Jun 15 2018 | 7495471 | Sep 3 2024 | 28 | Registered |

## Made For Apple Watch and Logo

| Apple Inc. | Made For Apple Watch and Logo | | United States of America | 86899723 | Feb 5 2016 | 6200605 | Nov 17 2020 | 9, 14 | Registered |
|---|---|---|---|---|---|---|---|---|---|
| Apple Inc. | Made For Apple Watch and Logo | | United States of America | 86984141 | Feb 5 2016 | 5607476 | Nov 13 2018 | 9 | Registered |

## Made for Apple Watch Badge

| Apple Inc. | Made for Apple Watch Badge | | United States of America | 88003008 | Jun 15 2018 | 7413961 | Jun 11 2024 | 9, 14 | Registered |

## Music (Stylized) 1 With Apple Logo (Black)

| Apple Inc. | Music (Stylized) 1 With Apple Logo (Black) | | United States of America | 90177346 | Sep 13 2020 | 7215633 | Nov 14 2023 | 41 | Registered |

## Music (Stylized) With Apple Logo (Black)

| Apple Inc. | Music (Stylized) With Apple Logo (Black) | | United States of America | 88634504 | Sep 27 2019 | 7062358 | May 23 2023 | 9 | Registered |
| Apple Inc. | Music (Stylized) With Apple Logo (Black) | | United States of America | 88634555 | Sep 27 2019 | 7031352 | Apr 18 2023 | 38, 41, 42 | Registered |

## MUSIC for Business with Apple Logo (Black)

| Apple Inc. | MUSIC for Business with Apple Logo (Black) | | United States of America | 88746158 | Jan 3 2020 | 6075125 | Jun 9 2020 | 9, 38, 41 | Registered |

## Music LIVE (Stylized) With Apple Logo (Black)

| Apple Inc. | Music LIVE (Stylized) With Apple Logo (Black) | | United States of America | 97573422 | Aug 31 2022 | 7789952 | May 13 2025 | 41 | Registered |

## MUSIC With Apple Logo (Black)

| Apple Inc. | MUSIC With Apple Logo (Black) | | United States of America | 86662532 | Jun 15 2015 | 5251657 | Jul 25 2017 | 42 | Registered |
| Apple Inc. | MUSIC With Apple Logo (Black) | | United States of America | 86662587 | Jun 15 2015 | 4929159 | Mar 29 2016 | 45 | Registered |
| Apple Inc. | MUSIC With Apple Logo (Black) | | United States of America | 86663005 | Jun 15 2015 | 5330145 | Nov 7 2017 | 9 | Registered |
| Apple Inc. | MUSIC With Apple Logo (Black) | | United States of America | 86663019 | Jun 15 2015 | 5209941 | May 23 2017 | 38 | Registered |
| Apple Inc. | MUSIC With Apple Logo (Black) | | United States of America | 86663157 | Jun 15 2015 | 5851764 | Sep 3 2019 | 41 | Registered |

## MUSIC with Apple Logo (Black) UP NEXT

| Apple Inc. | MUSIC with Apple Logo (Black) UP NEXT | | United States of America | 87645544 | Oct 13 2017 | 5604594 | Nov 13 2018 | 38 | Registered |
| Apple Inc. | MUSIC with Apple Logo (Black) UP NEXT | | United States of America | 87646704 | Oct 16 2017 | 5604598 | Nov 13 2018 | 41 | Registered |

## News Today with Apple Logo (Black)

| Apple Inc. | News Today with Apple Logo (Black) | | United States of America | 90464531 | Jan 13 2021 | 7069091 | May 30 2023 | 38 | Registered |

## News With Apple Logo (Black)

| Apple Inc. | News With Apple Logo (Black) | | United States of America | 88623684 | Sep 19 2019 | 6918679 | Dec 6 2022 | 9 | Registered |
| Apple Inc. | News With Apple Logo (Black) | | United States of America | 88623722 | Sep 19 2019 | 7225008 | Nov 21 2023 | 35, 41, 42 | Registered |

## News+ with Apple Logo (Black)

| Apple Inc. | News+ with Apple Logo (Black) | | United States of America | 88559819 | Aug 1 2019 | 6015367 | Mar 17 2020 | 35 | Registered |
| Apple Inc. | News+ with Apple Logo (Black) | | United States of America | 88560204 | Aug 1 2019 | 6375552 | Jun 8 2021 | 41, 42 | Registered |

## Park with Apple Logo (Black)

| Apple Inc. | Park with Apple Logo (Black) | | United States of America | | | | | 18, 25 | Registered |
| Apple Inc. | Park with Apple Logo (Black) | Park | United States of America | 88096362 | Aug 28 2018 | 7093751 | Jun 27 2023 | 35, 41 | Registered |

### PARK with Apple Logo (Black) and Ring design

| Apple Inc. | PARK with Apple Logo (Black) and Ring design |  | United States of America | 87809610 | Feb 23 2018 | 6672358 | Mar 15 2022 | 18, 25 | Registered |
| Apple Inc. | PARK with Apple Logo (Black) and Ring design |  | United States of America | 87809618 | Feb 23 2018 | 6672359 | Mar 15 2022 | 35 | Registered |

### Pay Cash (with Apple Logo Black)

| Apple Inc. | Pay Cash (with Apple Logo Black) | Pay Cash | United States of America | 87588108 | Aug 29 2017 | 5515406 | Jul 10 2018 | 36 | Registered |

### Pay with Apple Logo (Black)

| Apple Inc. | Pay with Apple Logo (Black) | Pay | United States of America | 86393745 | Sep 12 2014 | 5110262 | Dec 27 2016 | 36 | Registered |
| Apple Inc. | Pay with Apple Logo (Black) | Pay | United States of America | 86485418 | Dec 18 2014 | 5286668 | Sep 12 2017 | 9 | Registered |

### Pencil With Apple Logo (Black)

| Apple Inc. | Pencil With Apple Logo (Black) | Pencil | United States of America | 86763003 | Sep 21 2015 | 5028531 | Aug 23 2016 | 9 | Registered |

### R1 With Apple Logo (black)

| Apple Inc. | R1 With Apple Logo (black) | R1 | United States of America | 98187742 | Sep 19 2023 | 7852838 | Jul 1 2025 | 9 | Registered |

### Search Ads with Apple Logo (Black)

| Apple Inc. | Search Ads with Apple Logo (Black) | Search Ads | United States of America | 88468785 | Jun 11 2019 | 6110768 | Jul 28 2020 | 35 | Registered |

### The Apple Store

| Apple Inc. | The Apple Store | | United States of America | 75857191 | Nov 23 1999 | 2424976 | Jan 30 2001 | 35 | Registered |

### TODAY AT APPLE

| Apple Inc. | TODAY AT APPLE | | United States of America | 87607048 | Sep 13 2017 | 5443302 | Apr 10 2018 | 41 | Registered |
| Apple Inc. | TODAY AT APPLE | | United States of America | 87607137 | Sep 13 2017 | 5448031 | Apr 17 2018 | 42 | Registered |
| Apple Inc. | TODAY AT APPLE | | United States of America | 87607171 | Sep 13 2017 | 6245771 | Jan 12 2021 | 35 | Registered |

### TRADE IN With Apple Logo (Black)

| Apple Inc. | TRADE IN With Apple Logo (Black) | Trade In | United States of America | 88621707 | Sep 18 2019 | 7068814 | May 30 2023 | 35, 40 | Registered |

### tv 4K with Apple Logo (Black)

| Apple Inc. | tv 4K with Apple Logo (Black) | tv 4K | United States of America | 87605802 | Sep 12 2017 | 5443286 | Apr 10 2018 | 9 | Registered |

### tv with Apple Logo (Black)

| Apple Inc. | tv with Apple Logo (Black) | tv | United States of America | 77154348 | Apr 11 2007 | 3359157 | Dec 25 2007 | 9 | Registered |
| Apple Inc. | tv with Apple Logo (Black) | tv | United States of America | 87801324 | Feb 16 2018 | 5603336 | Nov 6 2018 | 28 | Registered |
| Apple Inc. | tv with Apple Logo (Black) | tv | United States of America | 88353834 | Mar 24 2019 | 7043229 | May 2 2023 | 38, 41 | Registered |

### tv+ With Apple Logo (Black)

| Apple Inc. | tv+ With Apple Logo (Black) | | United States of America | 88519635 | Jul 17 2019 | 6413839 | Sep 2 2020 | 38 | Registered |
| Apple Inc. | tv+ With Apple Logo (Black) | | United States of America | 88519679 | Jul 17 2019 | 7787435 | May 6 2025 | 41 | Registered |

### WATCH EDITION with Apple Logo (Black)

| Apple Inc. | WATCH EDITION with Apple Logo (Black) | | United States of America | 86512737 | Jan 23 2015 | 5638181 | Dec 25 2018 | 9 | Registered |
| Apple Inc. | WATCH EDITION with Apple Logo (Black) | | United States of America | 86512795 | Jan 23 2015 | 4852670 | Nov 10 2015 | 14 | Registered |

### WATCH with Apple Logo (Black)

| Apple Inc. | WATCH with Apple Logo (Black) | | United States of America | 86390853 | Sep 10 2014 | 4783440 | Jul 28 2015 | 14 | Registered |
| Apple Inc. | WATCH with Apple Logo (Black) | | United States of America | 86390778 | Sep 10 2014 | 5628056 | Dec 11 2018 | 9 | Registered |
| Apple Inc. | WATCH with Apple Logo (Black) | | United States of America | 86390818 | Sep 10 2014 | 5161497 | Mar 14 2017 | 10 | Registered |

### Works With Apple AirPrint and Icon

| Apple Inc. | Works With Apple AirPrint and Icon | | United States of America | 86934928 | Mar 9 2016 | 6211325 | Dec 1 2020 | 9 | Registered |

### WORKS WITH APPLE CARPLAY AND ICON

| Apple Inc. | WORKS WITH APPLE CARPLAY AND ICON | | United States of America | 86514929 | Jan 26 2015 | 4969782 | May 31 2016 | 9 | Registered |

### Works With Apple Find My Badge (Color)

| Apple Inc. | Works With Apple Find My Badge (Color) | | United States of America | 97038557 | Sep 21 2021 | 7770346 | Apr 22 2025 | 9 | Registered |

### Works With Apple Health Badge

| Apple Inc. | Works With Apple Health Badge | | United States of America | 88128446 | Sep 23 2018 | 7093754 | Jun 27 2023 | 38, 41, 42, 44 | Registered |

### Works With Apple HomeKit and Icon

| Apple Inc. | Works With Apple HomeKit and Icon | | United States of America | 86760493 | Sep 17 2015 | 5223891 | Jun 13 2017 | 9, 11 | Registered |

### Works With Apple HomeKit Badge (2017)

| Apple Inc. | Works With Apple HomeKit Badge (2017) | | United States of America | 87536751 | Jul 20 2017 | 5380650 | Jan 16 2018 | 9, 11, 42 | Registered |

### Works With Apple iBeacon and icon

| Apple Inc. | Works With Apple iBeacon and icon | | United States of America | 86933908 | Mar 8 2016 | 6211324 | Dec 1 2020 | 9 | Registered |

*WebTMS Infinity 216 Records Printed By TLaPerle: Jul 29 2025 - 13:39:07 - Criteria: Active / Inactive = Both, Only 216 Of 255 Records Selected - END OF REPORT*