UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLE INC.,<br><br>　　Plaintiff,<br><br>　v.<br><br>SAND MEDIA CORP INC, APPLE CINEMAS DANVILLE INC., APPLE CINEMAS VAN NESS INC, JAAS MEDIA INC., APPLE CINEMAS GREECE RIDGE INC, APPLE CINEMAS HARTFORD, INC, APPLE CINEMAS PITTSFORD INC, APPLE CINEMAS SIMSBURY INC, APPLE CINEMAS TORRINGTON INC, APPLE CINEMAS VII, INC, APPLE CINEMAS WARWICK, INC, APPLE CINEMAS WATERBURY INC, APPLE CINEMAS RIVERVIEW PLAZA INC., and APPLE CINEMAS WHITE PLAINS INC,<br><br>　　Defendants. | CASE NO.: 1:25-CV-12173<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER
REGARDING THE DISCLOSURE AND USE OF DISCOVERY MATERIALS
AND ESI STIPULATION AND [PROPOSED] ORDER**

Plaintiff Apple Inc. ("Apple" or "Plaintiff") and Defendants Sand Media Corp Inc, Apple Cinemas Danville Inc., Apple Cinemas Van Ness Inc, Jaas Media Inc., Apple Cinemas Greece Ridge Inc, Apple Cinemas Hartford, Inc, Apple Cinemas Pittsford Inc, Apple Cinemas Simsbury Inc, Apple Cinemas Torrington Inc, Apple Cinemas VII, Inc, Apple Cinemas Warwick, Inc, Apple Cinemas Waterbury Inc, Apple Cinemas Riverview Plaza Inc., and Apple Cinemas White Plains Inc (collectively "Defendants") (together "Parties") by and through their respective undersigned counsel, jointly move this Court to enter the Agreed Protective Order Regarding the Disclosure and Use of Discovery Materials attached hereto as **Exhibit A** and the ESI Stipulation and

[Proposed] Order attached hereto as **Exhibit B**.

Dated:  December 1, 2025                                     Respectfully submitted,

| /s/ Miranda D. Means | /s/ Nicholas J. Schneider |
|---|---|
| Miranda D. Means | Nicholas J. Schneider (BBO No. 688498) |
| KIRKLAND & ELLIS | Matthew D. Rodgers (BBO No. 681761) |
| 200 Clarendon Street | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
| Boston, MA 02116 | Two International Place, 16th Floor |
| Telephone: (617) 385-7500 | Boston, MA 02110 |
| miranda.means@kirkland.com | Telephone: (617) 342-6800 |
| | nschneider@eckertseamans.com |
| Dale M. Cendali (admitted *pro hac vice*) | mrodgers@eckertseamans.com |
| Mary Mazzello (admitted *pro hac vice*) | |
| KIRKLAND & ELLIS LLP | Candace Lynn Bell |
| 601 Lexington Avenue | (admitted *pro hac vice*) |
| New York, NY 10022 | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
| Telephone: (212) 446-4800 | 91 Jewett Parkway |
| Facsimile: (212) 446-4900 | The Carriage House |
| dale.cendali@kirkland.com | Buffalo, NY 14214 |
| mary.mazzello@kirkland.com | Telephone: (716) 835-0240 |
| | cbell@eckertseamans.com |
| *Attorneys for Plaintiff Apple Inc.* | |
| | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2025, the foregoing document was electronically filed and thereby served upon all counsel of record via CM/ECF.

Respectfully submitted,

*/s/ Miranda D. Means*
Miranda D. Means
KIRKLAND & ELLIS
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 385-7500
miranda.means@kirkland.com

*Attorney for Plaintiff Apple Inc.*