**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-12173-DJC |
| | ) | |
| SAND MEDIA CORP INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Apple Inc. ("Apple") and

Defendants Sand Media Corp. Inc., et al. ("Sand Media") jointly move the Court to modify the

Scheduling Order (ECF No. 47) as follows:

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| Written fact discovery | May 6, 2026 | *Unchanged* |
| Fact depositions and discovery motions | May 6, 2026 | June 22, 2026 |
| Status Conference | May 26, 2025 | *Unchanged* |
| Expert designations (party with burden of proof) | June 10, 2026 | July 21, 2026 |
| Rebuttal expert designations | July 15, 2026 | August 25, 2026 |
| Expert depositions | September 3, 2026 | October 6, 2026 |
| Summary judgment motions | October 5, 2026 | November 4, 2026 |
| Oppositions to summary judgment | November 5, 2026 | December 4, 2026 |
| Reply to summary judgment motions | November 19, 2026 | December 18, 2026 |

Good cause exists for this modification. The parties have recently exchanged settlement

proposals and are engaged in good-faith settlement discussions. They are in the process of

scheduling a settlement conference. Extending the deposition deadline as well as other deadlines following the close of depositions will allow the parties to explore resolution without the expense and disruption of seven or more party and third-party depositions, while continuing to advance all other aspects of fact discovery on the current schedule.

This is the parties' first request to modify the Scheduling Order. The extension will not prejudice either party, and the parties will be prepared to update the Court on the status of settlement discussions and discovery at the May 26, 2026, status conference. The parties respectfully request that the Court grant this motion without a hearing.

**WHEREFORE**, the parties respectfully request that the Court modify the Scheduling Order as set forth above.

Dated:   April 3, 2026

Respectfully submitted,

/s/     *Mary Mazzello*
Miranda D. Means
KIRKLAND & ELLIS
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 385-7500
miranda.means@kirkland.com

Dale M. Cendali (*admitted pro hac vice*)
Mary Mazzello (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dale.cendali@kirkland.com
mary.mazzello@kirkland.com

*Attorneys for Plaintiff Apple Inc.*

/s/       *Nicholas J. Schneider*
Nicholas J. Schneider (BBO No. 688498)
Matthew D. Rodgers (BBO No. 681761)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two International Place, 16th Floor
Boston, MA 02110
Telephone: (617) 342-6800
nschneider@eckertseamans.com
mrodgers@eckertseamans.com

Candace Lynn Bell, Esq.
(*admitted pro hac vice*)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
91 Jewett Parkway
The Carriage House
Buffalo, NY 14214
Telephone: (716) 835-0240
cbell@eckertseamans.com

*Attorneys for Defendants*