**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| APPLE INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>SAND MEDIA CORP INC, APPLE CINEMAS DANVILLE INC., APPLE CINEMAS VAN NESS INC, JAAS MEDIA INC., APPLE CINEMAS GREECE RIDGE INC, APPLE CINEMAS HARTFORD, INC, APPLE CINEMAS PITTSFORD INC, APPLE CINEMAS SIMSBURY INC, APPLE CINEMAS TORRINGTON INC, APPLE CINEMAS VII, INC, APPLE CINEMAS WARWICK, INC, APPLE CINEMAS WATERBURY INC, APPLE CINEMAS RIVERVIEW PLAZA INC, APPLE CINEMAS WHITE PLAINS INC., SAND MEDIA NM, INC, APPLE CINEMAS PROVIDENCE INC, LAX MEDIA MA LLC, LAX MEDIA LLC, LAX MERRIMACK LLC<br><br>               Defendants. | No. 1:25-cv-12173-DJC |

## NOTICE OF SETTLEMENT AND DISMISSAL

Plaintiff Apple Inc. and Defendants Sand Media Corp Inc, Apple Cinemas Danville Inc., Apple Cinemas Van Ness Inc, Jaas Media Inc., Apple Cinemas Greece Ridge Inc, Apple Cinemas Hartford, Inc, Apple Cinemas Pittsford Inc, Apple Cinemas Simsbury Inc, Apple Cinemas Torrington Inc, Apple Cinemas VII, Inc, Apple Cinemas Warwick, Inc, Apple Cinemas Waterbury Inc, Apple Cinemas Riverview Plaza Inc., Apple Cinemas White Plains Inc, Sand Media NM, Inc, Apple Cinemas Providence Inc, Lax Media MA LLC, Lax Media LLC, Lax Merrimack LLC, by and through their respective counsel, hereby inform the court that the parties have entered into a confidential settlement of all claims in the above-captioned proceeding. As part of the settlement, there are certain events that require additional time to occur before the

1

dismissal is entered with prejudice.  The parties therefore respectfully request that the Court

issue an Order of Dismissal Without Prejudice Upon Settlement providing the parties with 18

months for such events to occur.  Unless either party files a written notification within that time

alleging that certain conditions of settlement have not been met (in which case the above

captioned action would be restored to the calendar for further proceedings), the parties agree that

the above captioned action will be dismissed with prejudice.


Dated:  July 2, 2026

_/s/ Mary Mazzello_____

Miranda D. Means
KIRKLAND & ELLIS
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 385-7500
miranda.means@kirkland.com

Dale M. Cendali (*pro hac vice*)
Mary Mazzello (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dale.cendali@kirkland.com
mary.mazzello@kirkland.com

*Attorneys for Plaintiff Apple Inc.*

Respectfully submitted,

_/s/ Nicholas J. Schneider_____

Nicholas J. Schneider (BBO No. 688498)
Matthew D. Rodgers (BBO No. 681761)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two International Place, 16th Floor
Boston, MA 02110
Telephone: (617) 342-6800
nschneider@eckertseamans.com
mrodgers@eckertseamans.com

Candace Lynn Bell, Esq.
(admitted *pro hac vice*)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
91 Jewett Parkway
The Carriage House
Buffalo, NY 14214
Telephone: (716) 835-0240
cbell@eckertseamans.com

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd day of July 2026, a true and correct copy of the foregoing document was electronically served on all counsel of record via the Court's CM/ECF system.


Dated:  July 2, 2026                    */s/ Mary Mazzello*
                                        Mary Mazzello