**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**APPLE INC.,**

Plaintiff,

V.

CIVIL ACTION

NO. 25-CV-12173-DJC

**SAND MEDIA CORP INC. ET AL.,**

Defendants.

## ORDER OF DISMISSAL

CASPER, D. J.

In light of the Court's ORDER, dated November 19, 2026, this case is hereby DISMISSED.

By the Court,

November 19, 2026
Date

/s/ Savannah Cook
Deputy Clerk